**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

PINK FLOYD (1987) LIMITED,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:18-cv-8023

Judge Matthew F. Kennelly

Magistrate Judge Susan E. Cox

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on February 13, 2019 [35] and March 26, 2019 [45], in favor of Plaintiff and against the Defendants Identified in Amended Schedule A. Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| No. | Defendant |
|---|---|
| 306 | cocoXU |
| 324 | Nuyvne Kposidn |
| 328 | SG ULTIMATE INNO |
| 330 | Simonqwelice |

THEREFORE, full and complete satisfaction of said judgment as to above identified Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

DATED: July 17, 2019                    Respectfully submitted,

*Yi Bu*

Yi Bu (Bar No. 6328713)
JiangIP LLC
233 South Wacker Drive, 84th Floor
Chicago, Illinois 60606
Telephone: 312-283-8091
Email: yanling@jiangip.com

***ATTORNEY FOR PLAINTIFF***

Subscribed and sworn before me by Yi Bu, on this 17th day of July, 2019. Given under by hand and notarial seal.

OFFICIAL SEAL
OLLIE B. JONES
Notary Public - State of Illinois
My Commission Expires 4/07/2022

*Ollie B. Jones*

Notary Public

State of _Illinois_
County of _Cook_