**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| PINK FLOYD (1987) LIMITED, | Case No.: 1:18-cv-8023 |
| Plaintiff, | Judge Matthew F. Kennelly |
| v. | Magistrate Judge Susan E. Cox |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | |
| Defendants. | |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on February 13, 2019 [35] and March 26, 2019 [45], in favor of Plaintiff and against the Defendants Identified in Amended Schedule A. Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| No. | Defendant |
|---|---|
| 298 | zhishukuaile |

THEREFORE, full and complete satisfaction of said judgment as to above identified Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

DATED: December 19, 2019                Respectfully submitted,

*(signature)*

Yanling Jiang (Bar No. 6309336)
JiangIP LLC
111 West Jackson BLVD STE 1700
Chicago, IL 60604
Telephone: 312-675-6297
Email: yanling@jiangip.com
***ATTORNEY FOR PLAINTIFF***

Subscribed and sworn before me by Yanling Jiang, on this 19th day of December, 2019.

Given under by hand and notarial seal.

MICHAEL SEVERT
Official Seal
Notary Public - State of Illinois
My Commission Expires Sep 11, 2023

*(signature)* Michael Severt
Notary Public

State of _____ILLinois_____

County of _____Cook_____